SOLOMON STEIN et al., Appellants, *v.* CHARLES GRIESSMAN et al., EMIL OELBERMANN et al. (subsequent lienors), Respondents.

*Mark Cohen* for appellants.

*William B. Hornblower* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

GEORGE B. COLLYER, Respondent, *v.* CHARLES S. COLLYER, as Administrator, etc., Appellant.

(Argued June 1, 1886 ; decided June 8, 1886.)

*Seaman Miller* for appellant.

*Dennis McMahon* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.